■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHERYN L. SIMMS, Appellant.—Appeal by defendant, as limited by her motion, from a sentence of the County Court, Nassau County, imposed January 11, 1978. Sentence affirmed, without prejudice to defendant making an application for a modification of the terms of her probation pursuant to CPL 410.20. No opinion. Damiani, J. P., Titone, Suozzi and Rabin, JJ., concur.